UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MAURICE KINARD    D/O/B ~~[redacted]~~    SBI: 403379D    USMS: 10051-058

## PETITION FOR WRIT OF HABEAS CORPUS

1. MAURICE KINARD, (D/O/B [redacted]) is now confined at Northern State Prison, 168 Frontage Road, Newark, New Jersey 07114.

2. Said individual will be required at Newark, New Jersey, before the Hon. Stanley R. Chesler, United States District Judge **on Friday, September 21st, 2012, at 9:30 a.m.**, for **ARRAIGNMENT**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: September 18, 2012

_____
DAVID FOSTER
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: 9/18/2012, 2012

_____
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Northern State Prison, Newark, New Jersey

WE COMMAND YOU that you have the body of

**MAURICE KINARD**

now confined at the Northern State Prison, Newark, New Jersey, be brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the Frank R. Lautenberg U.S. Post Office and Courthouse, Federal Square, Newark, New Jersey 07102, on Friday, September 21st, 2012, at 9:30 a.m., so that he may appear for **ARRAIGNMENT** in the above-captioned matter.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey

DATED: 9/18/2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk