UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MAURICE KINARD, CRIM. NO.: 12-493 (SRC)

# PETITION FOR
# WRIT OF HABEAS CORPUS

(X) Ad Prosequendum            ( ) Ad Testificandum

1. MAURICE KINARD, SBI: 403379D, USMS #10051-058, (hereinafter the "Detainee") is now confined at the Northern State Prison, 168 Frontage Rd., Newark, NJ 07114.

2. The Detainee is

    charged in this District by: (X) Indictment   ( ) Information   ( ) Complaint
    with a violation of 21 United States Code Section 846.

3. The Detainee will

    return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at District Court in Newark, New Jersey, U.S. Post Office & Courthouse, Courtroom 2, before the Hon. Stanley R. Chesler, U.S. District Judge on Friday, October 26, 2012, at 10:30 am, for a Plea Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 19, 2012

DAVID L. FOSTER
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: 10/22/2012

_____
STANLEY R. CHESLER
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Northern State Prison, 168 Frontage Rd., Newark, NJ 07114:

WE COMMAND YOU that you have the body of

MAURICE KINARD, SBI: 403379D, USMS #10051-058,

now confined at the Northern State Prison, brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the U.S. Post Office & Courthouse, Courtroom 2 at Newark, on Friday, October 26, 2012, at 10:30 am, in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: October 19, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk